UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS DALE MORGAN, | ) | No. CV 10-3914-AG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 31, 2013

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE